[No. 26625–0–I.   Division One.   August 5, 1991.]

RUSSELL W. MILLER, ET AL, *Appellants,* v. KRISTEN J. KENDALL, *Defendant,* JERRY D. KENDALL, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 89–2–11743–6, Bobbe J. Bridge, J., entered July 2, 1990. *Reversed* by unpublished opinion per Coleman, J., concurred in by Forrest and Kennedy, JJ.

[No. 26261–1–I.   Division One.   August 5, 1991.]

THE UNIVERSITY OF WASHINGTON, *Appellant,* v. ROSA SANCHEZ, ET AL, *Respondents.*

THE UNIVERSITY OF WASHINGTON, *Appellant,* v. LOIS BOWLEY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 87–2–10281–5, Michael J. Fox, J., entered May 2, 1990. *Affirmed* by unpublished opinion per Baker, J., concurred in by Coleman and Pekelis, JJ.

[No. 26071–5–I.   Division One.   August 5, 1991.]

DONALD T. DICKSON, ET AL, *Respondents,* v. TRIGNY CORPORATION, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 89–2–07067–5, Joseph A. Thibodeau, J., entered April 24, 1990. *Reversed* by unpublished opinion per Baker, J., concurred in by Webster, A.C.J., and Coleman, J.